THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

September 11, 2026

**BY ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Steward and Lake v. New York City Dep't of Educ., et al.*, 26-cv-06890 (LJL)

Dear Judge Liman:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York and was recently assigned to represent Defendant New York City Department of Education ("DOE") in this action. In accordance with Rule 1-D of Your Honor's Individual Practices, I write to respectfully request (1) an extension of Defendant's time to respond to the Complaint and (2) a related adjournment of the initial pretrial conference.

Plaintiff-Parents Shaina Steward and Gemini Lake bring this action individually and on behalf of their child, I.L. (the "Student"). *See* Complaint (Dkt. No. 9). Plaintiffs allege, *inter alia*, that Defendant has not implemented a Findings of Fact and Decision issued in June 2024 in Impartial Hearing Case No. 269267, which concerned the 2023-24 school year (the "FOFD"); and that Plaintiffs subsequently initiated a separate impartial hearing (Case No. 294023) "attempting to recover the 2023-2024 services," which was dismissed pursuant to the doctrine of *res judicata*. *Id.* ¶¶ 3, 12, 15. Plaintiffs further allege that, as a result of DOE's alleged non-implementation of the relief awarded in the FOFD, that relief expired in June 2025 and "Plaintiffs have been forced to seek appropriate educational solutions through private placement to ensure the student receives the specialized, structured environment required by their disability." *Id.* ¶¶ 14, 17. In this action, Plaintiffs seek: (1) enforcement of the FOFD; (2) "[a]n order tolling or reinstating the expiration date of the awarded compensatory SLT and OT banks"; (3) "[a]n order directing Defendant to fund a retroactive and prospective private school placement and/or tuition reimbursement for an appropriate specialized program" for the Student; and (4) an award of reasonable attorneys' fees, filing fees, and costs. *Id* at ECF pp. 4-5.

Currently, Defendant's response to the Complaint is due September 15, 2026. *See* Dkt. No. 12. The undersigned respectfully submits that additional time is needed to review the administrative record, investigate the facts and issues raised in the Complaint, confer with DOE, and prepare an appropriate response. In light of forthcoming obligations and deadlines in the undersigned's other matters, Defendant respectfully requests an extension of 45 days to respond to the Complaint, to October 30, 2026. This is Defendant's first request for an extension of time to respond to the Complaint.

Defendant notes that the Court has scheduled an initial pretrial conference for October 7, 2026 at 12:00 p.m., to be held telephonically. *See* Dkt. No. 14. Defendant respectfully proposes, if the Court grants Defendant's preceding request, that the Court adjourn the initial pretrial conference to a date and time that is convenient for the Court and that falls at least two weeks after Defendant's as-extended deadline to respond to the Complaint. Defendant respectfully submits that the requested interval would afford the parties time, after Defendant has responded to the Complaint, to confer regarding a proposed Case Management Plan and Scheduling Order, which must be jointly submitted by one week prior to the conference. *Id.*

Plaintiffs do not consent to the above requests. As a basis for withholding consent, Plaintiffs' counsel stated, *inter alia*, that the Student's services have been long delayed, that Defendant has not met the Student's needs, and that these issues have caused a burden to Plaintiffs.

Accordingly, Defendant respectfully requests, without consent, that the Court (1) extend by 45 days Defendant's time to respond to the Complaint, from September 15, 2026 to October 30, 2026; and (2) adjourn the initial pretrial conference currently scheduled for October 7, 2026 to a date and time that is convenient for the Court and that falls at least two weeks after Defendant's as-extended deadline to respond to the Complaint.

Thank you for your consideration of these requests.

Respectfully,

/s/
Darian Alexander

CC: BY ECF
*all counsel of record*

The request is GRANTED IN PART. The deadline to respond to the Complaint shall be set for October 16, 2026. The initial pretrial conference is adjourned to November 3, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID # 358639322, and follow the necessary prompts.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: September 15, 2026